UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Jason Driven,<br><br>       Debtor.<br>_____<br>NUMA Corporation, Cedarville Rancheria Of Northern Paiute Indians,<br><br>              Appellant,<br><br>    v.<br><br>Jason Driven,<br><br>              Appellee. | No. 2:21-cv-01242-KJM<br><br>ORDER |

   Appellant NUMA Corp. requests certification of this appeal under 28 U.S.C. § 158(d)(2)(A) for direct review by the United States Court of Appeals for the Ninth Circuit. ECF No. 3. **Within seven days**, appellee must file an opposition or statement of nonopposition to that request. The deadlines for appellant's and appellee's opening briefs and for appellant's reply brief are **continued by fourteen days.**

   IT IS SO ORDERED.

   DATED: October 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE